UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| **JOSEPH SCOTT BENNEFIELD,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | |
| v. | ) | Case No. 7:11-CV-1859-VEH-HGD |
| | ) | |
| **CHRIS WEBSTER,** | ) | |
| | ) | |
| **Defendant** | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on October 28, 2011, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. (Doc. 6). The plaintiff has filed objections. (Doc. 7).

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b) for failing to state a claim upon which relief may be granted. A Final Judgment will be entered.

**DONE** this the 5th day of January, 2012.

                                               **VIRGINIA EMERSON HOPKINS**
                                               United States District Judge